IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00492-CMA-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$37,709.00 IN UNITED STATES CURRENCY,

        Defendant.

---

ORDER TO VACATE TELEPHONIC STATUS CONFERENCE
( Docket No. 10 )

---

This matter having come before the Court on the Unopposed Motion to Vacate Telephonic Status Conference, and the Court being fully apprised, it is hereby ORDERED that:

1. The Status Conference currently set for April 17, 2009 at 9:30 a.m. is VACATED. And the subject motion ( Docket No. 10 ) is GRANTED.

DONE at Denver, Colorado, this 17th day of April, 2009.

2. That the parties shall file their Final Order of Forfeiture And A Judgment Transferring Title of Some or All of the Defendant's Assets with the Court on or before May 18, 2009 or show cause why this case should not be Dismissed.

BY THE COURT:

Michael J. Watanabe
UNITED STATES MAGISTRATE JUDGE