IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00492-CMA-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$37,709.00 IN UNITED STATES CURRENCY,

    Defendant.

---

ORDER ( Docket No 15 )

---

This matter having come before the Court on the Unopposed Motion to Amend Order to Vacate, and the Court being fully apprised, it is hereby ORDERED that:

1. The subject motion is GRANTED.

2. The parties shall file their motions for Final Order of Forfeiture and Judgment on or before June 26, 2009.

DONE at Denver, Colorado, this 28th day of April, 2009.

BY THE COURT:

Michael J. Watanabe
UNITED STATES MAGISTRATE JUDGE