**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No.  09-cv-00492-CMA-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$37,709.00 IN UNITED STATES CURRENCY,

    Defendant.

## FINAL ORDER OF FORFEITURE

    This matter is before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (Doc. # 20).  The Court having reviewed said Motion and the file, hereby FINDS:

    That the United States commenced this action *in rem*, pursuant to 21 U.S.C. § 881;

    That all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

    That the United States and claimant David Babalmorad have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

    That no other claims to Defendant $37,709.00 in United States Currency have been filed;

That upon agreement of the parties, the United States shall return to claimant David Babalmorad, through counsel, $2,709.00 of Defendant $37,709.00 in United States Currency; the remaining $35,000.00 of Defendant $37,709.00 in United States Currency shall be forfeited to the United States and disposed of in accordance with law; and

That it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

That forfeiture of $35,000.00 of Defendant $37,709.00 in United States Currency shall enter in favor of the United States; the United States shall have full and legal title to the Defendant Currency, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

That the Clerk of Court is directed to enter Judgment; and

That a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all Defendant property pursuant to 28 U.S.C. §2465.

SO ORDERED this __11__ day of June, 2009.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge